Francis J. "Casey" Flynn, Jr. #304712
casey@lawofficeflynn.com
**LAW OFFICES OF**
**FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plz.
Los Angeles, CA 90036
Tele: 314-662-2836

Joseph Lyon, #351117
jlyon@thelyonfirm.com
**THE LYON FIRM**
9210 Irvine Center Dr., Suite 200
Irvine, CA 92618
Tele: 513-381-2333

*Attorneys for Plaintiff and the Proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM GEAGLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOMOCREDIT, INC.<br><br>Defendant. | Case No. 3:26-cv-435<br><br>**CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:**<br><br>**1) Violation of the California Automatic Renewal Law (Bus. & Prof. Code, § 17600 Et Seq.);**<br><br>**2) Violation of the California Unfair Competition Law Business And Professions Code Section 17200, et Seq.);** |

-1-
CLASS ACTION COMPLAINT

CASE NO.

**3)    Negligent Misrepresentation;**

**4)    Unjust Enrichment**

**AND FOR INJUNCTIVE RELIEF ONLY FOR:**

**(5) Violation of the California Consumers Legal Remedies Act (Cal. Civ. Code § 1750, Et Seq.)**

**JURY TRIAL DEMANDED**

COMES NOW, Plaintiff WILLIAM GEAGLEY ("Plaintiff"), individually and on behalf of all others similarly situated as defined below, and states as follows:

## JURISDICTION AND VENUE

1.    This Court also has subject matter jurisdiction pursuant to 28 U.S.C. §1332(d)(2)(A) because this case is a class action where the aggregate claims of all members of the proposed Classes are in excess of $5,000,000.00, exclusive of interest and costs, there are 100 or more members of the proposed Classes, and at least one member of the proposed Classes, including Plaintiff, is a citizen of a state different than TomoCredit, Inc. (hereinafter, "TomoCredit").

2.    This Court has personal jurisdiction over TomoCredit because TomoCredit conducts business in California, including within this District. Defendant is headquartered in this District and, therefore, has sufficient minimum contacts with this state.

3.    Under 28 U.S.C. 1391, venue lies in this District because TomoCredit maintains its principal place of business within this District and makes decisions related to its marketing and/or advertising and/or promotion of its TomoBoost credit score builder product and/or service from its headquarters and are thus subject to the court's personal jurisdiction as indicated above.  Additionally, this action is brought

in this District because it is the District in which TomoCredit has its principal place of business and/or is doing business. *See*, **Exhibit A**, Venue Affidavit.

## PARTIES

4.     Plaintiff Geagley is a citizen of the State of New York, residing in Sullivan County, New York.

5.     Defendant TomoCredit, Inc. ("TomoCredit") is a corporation organized under the laws of Delaware with its principal place of business located at 301 Howard Street, Suite 950 San Francisco, California 94105. TomoCredit Inc. is therefore a citizen of the states of Delaware and California.

## TOMOCREDIT'S UNFAIR, UNLAWFUL, AND/OR DECEPTIVE BUSINESS ACTS AND PRACTICES

**A. Unfair, Unlawful, and/or Deceptive Sales, Marketing, Administration, and/or Other Business Acts and Practices and/or Unfair, Unlawful, and/or Deceptive Terms & Conditions**

6.     TomoCredit operates a website, www.TomoCredit.com and www.TomoBoost.com, on which it markets, advertises, and/or sells a product called TomoBoost – a product and/or service that helps people build credit and/or build better credit.

7.     Once someone lands on the website, the viewer is alleged to be automatically subjected to an arbitration agreement without even knowing it and without consenting to it.

8.     In pertinent part, the purported Terms and Conditions state:

> […] The Tomocredit App, website and Services are owned and operated by Tomocredit, and are being provided to you expressly subject to this Agreement. By accessing, inquiring, browsing and/or using the Tomocredit App, <u>Tomocredit.com</u>, <u>TomoBoost.com</u>, or the Services, you acknowledge that you have read, understood, and agree to be bound by the Terms of this Agreement and to comply with all applicable laws and regulations.

The Terms of this Agreement, as further described in Section 1 below, form an essential basis of the bargain between you and Tomocredit, and this Agreement governs your use of the Tomocredit App, Tomocredit.com and the Services.

**THIS AGREEMENT INCLUDES, AMONG OTHER THINGS, A BINDING ARBITRATION PROVISION GOVERNED BY THE FEDERAL ARBITRATION ACT ("FAA"). BY ENTERING INTO THIS AGREEMENT AND USING ANY TOMOCREDIT SERVICES (INCLUDING BUT NOT LIMITED TO TOMOBOOST, TOMOCREDIT CARDS, OR ANY OTHER CURRENT OR FUTURE SERVICES OFFERED), YOU AND TOMOCREDIT EXPRESSLY AGREE THAT ANY AND ALL DISPUTES WILL BE RESOLVED EXCLUSIVELY THROUGH FINAL AND BINDING ARBITRATION, ON AN INDIVIDUAL BASIS, AND NOT IN COURT. BY ACCEPTING THIS AGREEMENT, YOU AND TOMOCREDIT WAIVE THE RIGHT TO A JURY TRIAL AND TO PARTICIPATE IN A CLASS ACTION, CLASS ARBITRATION, OR ANY OTHER REPRESENTATIVE PROCEEDING. THIS ARBITRATION AGREEMENT APPLIES TO ALL CLAIMS OR DISPUTES, WHETHER ARISING BEFORE, DURING, OR AFTER YOUR RELATIONSHIP WITH TOMOCREDIT, AND SHALL SURVIVE TERMINATION OF THIS AGREEMENT. PLEASE REFER TO SECTION 11 BELOW FOR THE FULL ARBITRATION PROVISION, INCLUDING DETAILS ON THE CLASS ACTION WAIVER.**

**BY ACCESSING, BROWSING, OR USING THE TOMOCREDIT APP, TOMOCREDIT.COM, TOMOBOOST.COM, OR ANY OF OUR SERVICES, YOU AGREE TO BE BOUND BY THIS AGREEMENT AND ALL INCORPORATED APPENDICES AND POLICIES, INCLUDING <u>PRIVACY POLICY</u>, WHICH ARE PART OF AND FULLY INCORPORATED INTO THESE TERMS AND CONDITIONS. THE APPENDICES INCLUDE, WITHOUT LIMITATION:**

CLASS ACTION COMPLAINT

CASE NO.

- **APPENDIX 1: DISCLOSURES & TERMS OF USE**
- **APPENDIX 2: E-SIGN DISCLOSURE AND CONSENT**
- **APPENDIX 3: COOKIE POLICY**

**PLEASE REFER TO APPENDICES (Hyperlinked and available BELOW FOR MORE INFORMATION.**

1. **ACCEPTANCE OF AGREEMENT**

   Please carefully review this Agreement before accessing, using, or browsing the TomoCredit App, TomoCredit.com, the Services, or any data available thereon. If you do not agree to these Terms, you may not access or use the TomoCredit App, TomoCredit.com, Tomoboost.com or the Services.

   **By accessing, browsing, or signing up to use a TomoCredit account or Services through TomoCredit.com, TomoCredit's APIs, the TomoCredit Application, TomoBoost, or any other TomoCredit website or services in any format, you confirm that you have read, understood, and accepted all of the terms and conditions contained in this Agreement**, including our Privacy Policy, Cookie Policy, Prohibited Use Policy, E-Sign Disclosure and Consent Policy, and the arbitration agreement as set out in this Agreement and its appendices and on Tomo's Website.

   To use the TomoCredit App, TomoCredit.com, or the Services, and to accept this Agreement, you must:

   (i) Be a legal resident of the United States;
   (ii) Be of legal age to form a binding contract with TomoCredit; and
   (iii) Not be prohibited by law from using the TomoCredit App, our website at TomoCredit.com, or the Services.

   By using and continuing to use our Services and website, you agree to comply with all Tomo policies, including the Tomo Privacy Policy, Cookie Policy, and the disclosures, obligations, and policies outlined in this Agreement and its appendices.

CLASS ACTION COMPLAINT
CASE NO.

9.    Plaintiff and the proposed Classes use the site before they have even seen the purported terms. And the only way to view the terms is to use the Website.

10.    TomoCredit does this to keep Complaints against it out of the public view. This is because the purported Terms and Conditions contain a purported arbitration provision that TomoCredit attempts to use as a shield to protect itself from court scrutiny.

11.    Additionally, the TomoCredit Terms and Conditions – including the purported arbitration provision – are illusory, as TomoCredit reserved the right to modify the terms of the purported Terms of Service, including the section on arbitration by "posting on the website":

**2. MODIFICATION OF THIS AGREEMENT**

**Tomocredit reserves the right to and may amend this Agreement at any time unilaterally and will notify you of any such changes by posting the revised Agreement on its website, Tomocredit.com,** and/or providing a copy to you (a "Revised Agreement"). **All changes shall be effective upon posting.** We will date the Terms with the last day of revision. Your continued use of the Tomocredit App, Tomocredit.com or the Services after the posting of a Revised Agreement constitutes your acceptance of such Revised Agreement and you will be bound by any changes to the Agreement. Tomocredit may terminate, suspend, change, or restrict access to all or any part of the Tomocredit App, Tomocredit.com or the Services without notice or liability. If you do not agree with any such modification, your sole and exclusive remedy is to terminate your use of the Services and close your account (as defined below). In the event of any conflict between this Agreement and any other agreement you may have with TomoCredit, the terms of this Agreement shall control.

[…]

**11.19 Modification:** Notwithstanding any provision in this Agreement to the contrary, we agree that if TomoCredit makes any future material change to this Arbitration Agreement, it will notify you by posting it on its website and/or providing you with a copy. Your continued use of the

CLASS ACTION COMPLAINT

CASE NO.

TomoCredit Website and/or Services, including the acceptance of products and services offered on the TomoCredit Website following the posting of changes to this Arbitration Agreement, constitutes your acceptance of any such changes.

*See*, **TOMO Terms and Conditions - September 2025 Update**.

Available at: https://tomo-public-docs.s3.us-west-1.amazonaws.com/TermsOfUse.pdf. (Emphasis added.)

12.     Users can access the TomoCredit website on a standard computer, such as a desktop or laptop, or a mobile device at www.tomocredit.com or www.tomoboost.com, which auto-directs to www.tomocredit.com/tomoboost.

13.     The website www.tomocredit.com/boost provides:

To access the Terms and Conditions / Terms of Use, the visitor must know the web address (https://tomo-public-docs.s3.us-west-1.amazonaws.com/TermsOfUse.pdf) or must scroll all the way to the bottom of the webpage and click the hyperlink "Terms of Use", which will direct the viewer to https://tomo-public-docs.s3.us-west-1.amazonaws.com/TermsOfUse.pdf.

14.     TomoCredit describes TomoBoost as a credit building product and/or service that "Build Credit Fast" and encourages the entering of "your email" to "Boost my score":




*See*: www.tomocredit.com/boost.

15.     As shown above, TomoCredit promises a 105+ credit boost. *See, id*.

CLASS ACTION COMPLAINT

CASE NO.

16.    In the Web Page Name, TomoCredit represents: "TomoBoost: Boost Your Credit Score 200+ Fast with AI."

17.    TomoCredit further represents that it is "Trusted by 4 million+ people building credit with TomoBoost."

18.    TomoCredit further describes TomoBoost as:



*See*, www.tomocredit.com/boost-faq. (Last visited: 11/6/2025).

19.    The interactive TomoBoost Pricing webpage initially appears as follows:

CLASS ACTION COMPLAINT

*See*: https://tomocredit.com/boost-pricing.

20.    TomoCredit promises an "Instant" credit boost with its VIP plan.

21.    When the viewer attempts to choose Starter plan by clicking on the Starter option, the following pop-up appears:

CLASS ACTION COMPLAINT

CASE NO.

1
2
3
4
5
6
7
8
9
10



11    22.    Thus, read together, while the VIP plan is "2xs faster credit growth" –
12  it is also "Instant".

13    23.    Upon information and belief, the pop-up does not appear when the
14  viewer clicks on the Premium plan, indicating that the Premium plan is either as fast
15  as the VIP plan or the Premium plan credit boost speed falls somewhere between the
16  speed of the Start Plan (2xs slower than VIP) and the VIP plan (2xs faster – but
17  referred to as "Instant").

18    24.    A reasonable consumer would understand 'instant' to mean
19  instantaneous at best and same day at worst.

20    25.    So, if the VIP plan takes a second or a day to boost credit, the Starter
21  plan should boost it within a couple of days at worst.

22    26.    Regardless, taken as a whole, the marketing and advertising indicate
23  that Plaintiff and the Members of the Classes in any plan would all see a boost in
24  their credit within the day – since the VIP plan touts "Instant" results and something
25  that is two times slower than an instant would still be fast.

26    27.    Upon logging in, TomoCredit reiterates that it will "Build credit fast":

27
28

CLASS ACTION COMPLAINT
CASE NO.

1
2
3
4
5
6
7
8
9
10



11    *See*: https://tomocredit.com/dashboard/login?redirect_uri=/boost&fromBoost=true.

12    28.    TomoCredit makes it incredibly difficult to cancel TomoBoost.

13    29.    When a TomoBoost customer tries to cancel, not only does TomoCredit

14    try to upsell the customer, TomoCredit places the cancellation button in small non-

15    conspicuous font and underneath large hard to miss advertising for alternative

16    memberships that are either longer in duration than the customer's current plan

17    and/or more expensive than the customer's current plan:

18
19
20
21
22
23
24
25
26
27
28



30.    When the customer finally locates the cancellation button, the following message appears and there is no way around it – requiring Plaintiff and the Members of the Classes to schedule a call before being able to cancel:



31.    The internet is littered with complaints about TomoCredit's unfair and

CLASS ACTION COMPLAINT

CASE NO.

deceptive business practices:

Elton Carmo
April 7, 2024 • @eltonbicalho

They are scammers. Please, don't do business with them. I made the mistake of taking their credit card and subscribing to Tomo Bost. I have been trying to cancel their services for 6 months, and they are still charging me even after several requests to cancel.
Product: TomoCredit Credit Cards

*See*: https://wallethub.com/profile/tomocredit-68492133i

info_2538747
March 8, 2024 • @info_2538747

This is a scam. No customer service or contact information. You can't remove cards once added, and they try to charge any amount on any card and won't cancel it. Report as fraud and change the card or lock it.

Product: TomoCredit Credit Cards

*See*: https://wallethub.com/profile/tomocredit-68492133i

ro go
March 5, 2024 • @Robgold

This is the biggest scam. I started with them 10 months ago, and most months haven't even been reported. My score actually went down after they reported. I've been trying to cancel my account for 2 months now, and it's one hoop after another. Even after they say my account is canceled, they continue to try and charge my credit card. This is fraud.

*See*: https://wallethub.com/profile/tomocredit-68492133i

christian Woodrum
March 4, 2024 • @Woodrumpm

This company, Tomo Boost, is a total scam. Someone should file a class action lawsuit against them. They didn't do a single thing they claimed

CLASS ACTION COMPLAINT
CASE NO.

they could. I gave them three months, and my score actually went down. I sent multiple emails trying to get a hold of them to close my account. No luck and no customer credit. Instead, they started sending threatening emails and attempted to charge my credit card $80 every single day. I had to freeze my credit card. It's been four months, and every day they try again.

*See*: https://wallethub.com/profile/tomocredit-68492133i

Arizoina_User
[1 out of 5 stars]
Dec 21, 2025

ToMo keeps trying to charge my card a year later
ToMoi keeps trying to charge my card. I ended up filing a dispute with my card issuer. I won the dispute. Then exactly a year later TomoCredit has the balls to try and charge my card again for $979.99

I ended up filing a dispute and canceling my card. This was really annoying and cost me a lot of time having to update creditors.

December 20, 2025 Unprompted Review

*See*: https://www.trustpilot.com/review/tomoboost.com

Dess
[…]
[1 out of 5 stars]
Jul 18, 2024

I BEEN TRYING TO CANCEL SINCE DECEMBER

I BEEN TRYING TO CANCEL SINCE DECEMBER! EVERY TIME I TRY TO REACH OUT I GET AN AUTOMATED (NOT A REAL PERSON) MESSAGE AND IM STILL BEING HARASSED BY TEXTS SAYING AVOID TERMINATION, I REACHED OUT NUMEROUS TIMES ONLY TO GET NOWHERE. NOW IM CONTACTING MY BANK AND REPLACING MY CARD! DO NOT USE THEM!!

November 1, 2023 Unprompted Review

*See*: https://www.trustpilot.com/review/tomoboost.com

Christopher Narkon
US

2 reviews
Jun 12, 2025
Rated 1 out of 5 stars
Poor Customer Servicw
The customer service is horrible, emailed too many times in 2 months to cancel my subscription. Needed to make dispute with my bank in order to cancel. Nothing was reported on my credit score. Overall, it was the worst experience with a credit boosting company.

*See*: https://www.trustpilot.com/review/tomoboost.com

Seán Esch
US
2 reviews
Apr 1, 2025
Rated 1 out of 5 stars
FAKE SCAM
FAKE SCAM! Idk how this company still operates. 6 months and it hasn't reported to my credit at all. Yet, I'm still being charged every month. There NO customer service, NO emails back, NO chat support. They've been reported several times to the BBB already.

*See*: https://www.trustpilot.com/review/tomoboost.com

Russo Coffey
Rated 1 out of 5 stars
Sep 22, 2024
This place is a RIP OFF...I sent…
This place is a RIP OFF...I sent request to cancel a year ago and they still keep trying to debit my account. YOUR NOT GONNA GET ANYTHING.

CLASS ACTION COMPLAINT
CASE NO.

Rated 1 out of 5 stars
Feb 1, 2024
Same as everyone else...request to…
Same as everyone else...request to cancel and they won't cancel membership so now I'm forced to have bank decline all transactions from them. THEY SUCK AND ARE FRAUDING PPL.
*See*: https://www.trustpilot.com/review/tomoboost.com

*See*: https://www.trustpilot.com/review/tomoboost.com

Christina Condon
US
• 
1 review
Feb 24, 2025
Rated 1 out of 5 stars
Horrible, avoid this company
Canceled this membership 6 months ago and am still being charged. I have reached out multiple times to customer service with no response, an inactive account, but monthly charges.

*See*: https://www.trustpilot.com/review/tomoboost.com

John Kelly IV
US
• 
1 review
Jan 23, 2025
Rated 1 out of 5 stars
This company is fraudulent…
This company is fraudulent and takes hundreds of dollars out of your account and never actually does anything to affect your credit. It's complete BS!!! Stay away!!!

*See*: https://www.trustpilot.com/review/tomoboost.com

Branko Zecevic
US

- 

1 review

Jan 12, 2025

Rated 1 out of 5 stars

I have been trying to cancel for over 8…

I have been trying to cancel for over 8 months. What a scam of a company. DO NOT I REPEAT DO NOT PAY FOR THIS SCAM COMPANY!!!!

*See*: https://www.trustpilot.com/review/tomoboost.com

Joseph

US

1 review

Jan 9, 2025

Rated 1 out of 5 stars

Don't bother with this

These folks refuse to cancel this stupid membership which has had zero impact on my overall credit scores! This is a pure scam!

*See*: https://www.trustpilot.com/review/tomoboost.com

customer

US

- 

2 reviews

Updated Jan 22, 2025

Rated 1 out of 5 stars

This is a fraudulent company!!

This is a fraudulent company!!! I tried them out for two months paid over and over again, absolutely no reporting was made to credit report. Afterwards I tried to cancel the account for three months straight, no customer service to speak with and they take you in circles over and over again. Thieves!

*See*: https://www.trustpilot.com/review/tomoboost.com

Olivium

US

1 review

CLASS ACTION COMPLAINT

CASE NO.

Dec 21, 2024
Rated 1 out of 5 stars
You can not cancel it , not successfully …
Unfortunately they are taking the money from your bank account every month, no support team to help you to cancellation , they don't cancel and you can not refund your money and nothing changes in your score

*See*: https://www.trustpilot.com/review/tomoboost.com

Robert
US
8 reviews
Dec 16, 2024
Rated 1 out of 5 stars
Fruadulent Company Selling a Non-existant Service
The Tomoboost product they are advertising doesn't and can't exist as their data sharing privilages have been revoked by TransUnion, Experian and Equifax, yet they are still advertising and accepting sign-ups and payments. I signed up in and paid for TomoBoost in September, two weeks later I saw nothing had reported on any of my credit reports.

After performing a quick search in an attempt to find out how long it would take to show up on my report I came across the news that their data reporting access had been revoked by all of the big three bureaus and they'd all ended their partnerships with Tomo.

After learning of this I requested a refund in which I was told, their terms did not allow for refunds, I said well you sold me a fraudulent service. At that point they deleted my account on their support site so that I could no longer view, respond or create support tickets. This is a fraudulent and unethical company who seems to be pulling off a money grab in order to make their exit.

*See*: https://www.trustpilot.com/review/tomoboost.com

James Pendleton
US
2 reviews
Dec 12, 2024

CLASS ACTION COMPLAINT
CASE NO.

Rated 1 out of 5 stars
Complete SCAM !!!!!!!!!!!!!!!!!!!!!!!!!
Complete SCAM !!!!!!!!!!!!!!!!!!!!!!!!!
They are absolutely a dishonest firm. I canceled my renewal and they billed me anyhow. I NEVER got a card registered to my account- complete FRAUD!!! wasted $1,000 on a useless program. They changed their billing from TOMOBOOST to BUILD YOUR CREDIT so watch out!! I canceled on the TOMOBOOST site and they still billed me anyhow.

Watch OUT!! DO NOT USE!!!

*See*: https://www.trustpilot.com/review/tomoboost.com

Shanzae Brack
US
2 reviews
Nov 27, 2024
Rated 1 out of 5 stars
took my money and no product or service…
took my money and no product or service was provided, on top of that they fought the dispute with the bank.
i am a verified customer and i have proof, sent severall emails but they dont provide help, they just like to eat your $129.99 and its a failed company.

*See*: https://www.trustpilot.com/review/tomoboost.com

Taylor Barrett
US
2 reviews
Aug 23, 2024
Rated 1 out of 5 stars
Tomoboost is a complete scam I wouldn't…
Tomoboost is a complete scam I wouldn't waste my money on them for anything. Emailed support over a month ago to cancel my subscription but yet again I was charged this month and refused to give a refund.
*See*: https://www.trustpilot.com/review/tomoboost.com

CLASS ACTION COMPLAINT
CASE NO.

obinna
US
1 review
Aug 5, 2024
Rated 1 out of 5 stars
TOMOBOOST AND TOMOCREDIT IS 100% FRAUD
TOMOBOOST AND TOMOCREDIT IS 100% FRAUD. DONT BE
SCAMMED LIKE THEY SCAMMED ME. ITS ALL FAKE !!!!! I
JUST SIGNED UP WITH $62 AND ITS FRAUD

*See*: https://www.trustpilot.com/review/tomoboost.com

Trey
CR
1 review
Jul 5, 2024
Rated 1 out of 5 stars
This is a scam
This is a scam. Read the other reviews. Unless you want to throw
money away and then be forced to get a new credit card so they do not
continue to run a charge against it for nothing of value, then stay clear.
You have been warned.

*See*: https://www.trustpilot.com/review/tomoboost.com

Richie Acevedo
US
1 review
Jun 18, 2024
Rated 1 out of 5 stars
DO NOT GIVE THEM ANY MONEY
DO NOT GIVE THEM ANY MONEY! DO NOT UPGRADE YOUR
MEMBERSHIP. THEY DO NO REPORT ANY CREDIT BALANCE
AND THEY DO NOT CANCEL YOUR SUBSCRIPTION.

*See*: https://www.trustpilot.com/review/tomoboost.com

Davio'n G
US

CLASS ACTION COMPLAINT
CASE NO.

1 review
Jun 16, 2024
Rated 1 out of 5 stars
Zero stars
Zero stars! I paid $69 and received no reporting at all. The system is a robot, and there's no phone number. I canceled this over a week ago, and they still took $49 out of my account today. Somebody needs to fix this before I file a suit against Tomo Boost.

*See*: https://www.trustpilot.com/review/tomoboost.com

Vanessa R
US
3 reviews
Jun 12, 2024
Rated 1 out of 5 stars
I wish I could give zero stars
I wish I could give zero stars! They need to be shut down, it's a scam. I'm working with my bank now to get their fees stopped, as I've been emailing their "support" for 8 months requesting cancellation (they have no other contact info) and have gotten no response and they are still billing me and doing nothing for my credit. Giant scam- beware!!!

*See*: https://www.trustpilot.com/review/tomoboost.com

Deanna Lewis
US
1 review
Jun 3, 2024
Rated 1 out of 5 stars
This is .the worst company ever
This is .the worst company ever. I was just trying desperately to reach someone in their customer service to get a few questions answered before joining. Can not EVER get ahold of anyone. I've tried emailing them with not one response. After reading the reviews on Trustpilot I now know why, nothing but scams going on here. Taking peoples money and will not respond to anyone. So thankful I came to Trustpilot first before joining Tomoboost!!!!!! Thank you everyone for all your honest reviews. Now I cannot get them to quit emailing me and will not

remove me from their email list.

*See*: https://www.trustpilot.com/review/tomoboost.com

George Webb
US
1 review
May 27, 2024
Rated 1 out of 5 stars
I wish I didn't have to give them no…
I wish I didn't have to give them no stars! They keep trying to take money out my account! Even though I asked them to cancel my subscription cause they Never reported anything to the credit bureau like they advertise! 3 months later! They still trying to take money out my account I texted them! Email them! And they still trying to take money out my account I had to close my account and open a new one! They is the worse company ever and I'm gonna make sure NO One gets caught up in this scam!!

*See*: https://www.trustpilot.com/review/tomoboost.com

Marty Poles
US
3 reviews
May 21, 2024
Rated 1 out of 5 stars
If I could give them no stars I would .
If I could give them no stars I would .
Sighed unfortunately the monthly was never reported and now with multiple emails I can not get them to simply cancel my account . I think I might have to get a consumer reporter to take up case as that might be the only way to get them to cancel my account .

*See*: https://www.trustpilot.com/review/tomoboost.com

mary e. meriwether
US
3 reviews
May 17, 2024

Rated 1 out of 5 stars
A rip off!
A rip off!! They will never cancel your subscription even if you requested it 8 times. F SCAM!

*See*: https://www.trustpilot.com/review/tomoboost.com

BT
US
1 review
Apr 29, 2024
Rated 1 out of 5 stars
DO NOT SIGN UP FOR TOMOBOOST'S MONTHLY…
DO NOT SIGN UP FOR TOMOBOOST'S MONTHLY SUBSCRIPTION! I REPEAT, DO NOT SIGN UP FOR TOMOBOOST'S MONTHLY SUBSCRIPTION!
I paid for a VIP Membership for six months and they never reported the tradeline to the three credit bureaus (i.e. Equifax, Experian, or TransUnion). I informed TomoBoost on three different occasions that the tradeline was not reporting and they did not correct the issue. When I canceled my subscription, they refused to give me a refund. I paid over $475 for a service I never received. DO NOT SIGN UP FOR TOMOBOOST'S MONTHLY SUBSCRIPTION!

*See*: https://www.trustpilot.com/review/tomoboost.com

Pauline Galvan
US
2 reviews
Apr 22, 2024
Rated 1 out of 5 stars
Contacted this company several times…
Contacted this company several times last year 11/2023 to cancel acct and subscription. Was told I needed to contact boost@tomocredit/collections@tomocredit/help@tomocredit
phone number:866-432-7695
I have tried several times to reach anyone and was given the run around. I tried to contact them again today with no success.
They are still taking money out of my bank acct even after I emailed

CLASS ACTION COMPLAINT
CASE NO.

them to cancel my subscription. I have no choice but to contact legal services.

*See*: https://www.trustpilot.com/review/tomoboost.com

Zyereri
US
•
8 reviews
Apr 20, 2024
Rated 1 out of 5 stars
No support scam company
They had my last review removed. Umm don't use them. To this day they are still trying to charge my card. I paid them 50/month for reporting and not only did I have to email them a month in to get them to actually start reporting to the EX, EQ, TU, they only reported to two of them and only one of them had the correct balance. The other one had a balance of N/A. I emailed them multiple times to fix this because they don't have a support number and each email went ignored. Since you can't cancel your subscription until they respond to your email, I just turned off my card. So now they can't take any more of my money while not providing the service they claim to provide. They removed the accounts from my profile quickly once they figured out they weren't getting paid but they still won't respond to my emails. Nope! Stay far away from them.
*See*: https://www.trustpilot.com/review/tomoboost.com

Psalm Tehellyim
US
3 reviews
Apr 16, 2024
Rated 1 out of 5 stars
Stay away from these fraudulent…
Stay away from these fraudulent criminals. I won't even call it a company because it doesn't operate like a business. The email responses appear to be AI generated, and may be operated by 1 to a few criminals using the probably expired credentials of the TOMO card company that went belly up. These losers NEVER INTENDED to deliver the service offered, they'll just drag you claiming "we're

working on it" while giving many apologies only whilst extracting the monthly fee from your bank account. If they do report, it's only one month and it will eventually fall off your reports, so it's an absolutely worthless waste of money. Don't expect a refund, they should be jailed. I joined in Sep 2023 until this month April 2024 and in all that time they never got it right. Stay away from them. Hopefully a class action lawsuit is in their future.

*See*: https://www.trustpilot.com/review/tomoboost.com

Shane Coltrin
US
1 review
Apr 5, 2024
Rated 1 out of 5 stars
Everything that everyone else has…
Everything that everyone else has written in other reviews is the same for me. I tried reporting them to the Consumer Financial Protection Bureau, but their company is nowhere to be found. Shocking.

*See*: https://www.trustpilot.com/review/tomoboost.com

Mayra Rodriguez-Mohamed
US
1 review
Mar 29, 2024
Rated 1 out of 5 stars
A fraud
A fraud. If you request Tomo to cancel your membership, they will not. Instead, they will continue to charge you. When you contact them to request cancellation, they send email after email asking trying to stop you from canceling. Additionally, they change your membership cost without previous notice. After 2 months of sending emails through customer service requesting that my membership get canceled, nothing! They are still charging me. They are very dishonest and have no ethics.

*See*: https://www.trustpilot.com/review/tomoboost.com

customer

US
4 reviews
Mar 24, 2024
Rated 1 out of 5 stars
This is expensive and doesn't…
This is expensive and doesn't do good for my credit score!! Many times
I asked to cancel my membership it still asked me to pay!

*See*: https://www.trustpilot.com/review/tomoboost.com

Giannina Burt
US
4 reviews
Mar 13, 2024
Rated 1 out of 5 stars
I would give negative stars if I could
I would give negative stars if I could. So many promises not fulfilled
and then when you try to cancel they will not let you, they just send you
through an endless loop and never cancel you. you have to get with your
bank and cancel your card. It's insane. STAY AWAY!

*See*: https://www.trustpilot.com/review/tomoboost.com

Julian Milo
US
1 review
Mar 6, 2024
Rated 1 out of 5 stars
Classic scam
Classic scam. No way to cancel in the app or on the website. Report
fraud to your bank!

*See*: https://www.trustpilot.com/review/tomoboost.com

Luis Reyes
US
4 reviews
Feb 26, 2024
Rated 1 out of 5 stars

CLASS ACTION COMPLAINT

AVOID!

AVOID!! After realizing their services don't work I have spent a couple of days trying to get them to cancel my account. They spam the heck out of my phone and emails and tried multiple times to charge me after I requested cancelation. Today alone after more then 7 request they refuse to cancel my account. This is so bad that I'm taking this to the BBB and to the attorney general.

*See*: https://www.trustpilot.com/review/tomoboost.com

Muhammad Jami
US
2 reviews
Feb 13, 2024
Rated 1 out of 5 stars
Do Not Purchase
Jan. 7th I asked my account to be discontinued. They continued to charge me 99 a month. I opened three claims on my bank account chase explaining to them that there's no place to cancel. They honored my claims but they closed my account the next day. Save yourself the headache and dont sign up !

*See*: https://www.trustpilot.com/review/tomoboost.com

Jim Coker
US
3 reviews
Feb 9, 2024
Rated 1 out of 5 stars
There is no customer service
There is no customer service. No way to cancel. They bill my credit card at least 5 times a Day, every day!!!!! I've called, I've written emails. I'm literally going to have to just cancel my card to get them to stop.

*See*: https://www.trustpilot.com/review/tomoboost.com

Well Being
US

CLASS ACTION COMPLAINT

CASE NO.

1 review
Feb 5, 2024
Rated 1 out of 5 stars
requested to cancel FIVE times
This is the worst customer service experience. I requested via email to cancel my membership FIVE times and they continue to respond with offers and "Are you sure you want to cancel?" This is harassment at this point. I remember before Comcast cable had better customer service they made it hard for members to cancel as well until a member had to post all the responses and voice call to show just how difficult it is to cancel. This is not good business.

*See*: https://www.trustpilot.com/review/tomoboost.com

Felisa
US
2 reviews
Jan 28, 2024
Rated 1 out of 5 stars
There should be a negative stars option
I have been attempting to cancel this product since December 30, 2023. I have sent at least 10 emails, each response is an offer for additional months, or reduced payments...they have also gone so far as to try fear based tactics suggesting how horrible my credit will be should I cancel this service. I is now again time for the monthly renewal and they are absolutely attempting to debit my account. Stay away from this shady company. I am now filing a complaint with the State Attorney General's office.

*See*: https://www.trustpilot.com/review/tomoboost.com

PRINCELLA BOWLES
US
1 review
Jan 23, 2024
Rated 1 out of 5 stars
A… BAD BREAK UP
for some strange reason TOMOBOOST HAS A HARD TIME UNDERSTANDING CANCELLATION OF ACCOUNT! I've emailed

them 16xs with the same issue and 7 days after they supposedly canceled the account, they try to take another 34$ and I have to start over again with the emails! that's crazy almost like a bad relationship break up where the other party wont leave you alone!!

*See*: https://www.trustpilot.com/review/tomoboost.com

M. Ali
US
1 review
Jan 19, 2024
Rated 1 out of 5 stars
SCAM - stay way!
One of the worst experience ever. I am unable to remove my payment profile and also unable to cancel. For two weeks now I have been emailing their support and no answer, they don't even reply. What a waste! I need to report them and want my money back!

*See*: https://www.trustpilot.com/review/tomoboost.com

Brent Shapiro
US
1 review
Jan 8, 2024
Rated 1 out of 5 stars
it is impossible to cancel and the…
it is impossible to cancel and the service does not work!

*See*: https://www.trustpilot.com/review/tomoboost.com

Alexis Jean
US
1 review
Jan 6, 2024
Rated 1 out of 5 stars
Had to cancel and replace my card
Had to cancel and replace my card. I have emails where I canceled 3 times but they still keep taking money from my account. No help from customer service. Probably wont get my $150 back. SCAM!

CLASS ACTION COMPLAINT
CASE NO.

*See*: https://www.trustpilot.com/review/tomoboost.com

Jerry
US
1 review
Dec 28, 2023
Rated 1 out of 5 stars
They are trying to make it impossible to cancel.
There is no phone number no direct email contact listed other than 'help@tomoboost'. They will not respond other than automated email responses. Cancelling is harder than getting a date as a freshman in high school with no game.

*See*: https://www.trustpilot.com/review/tomoboost.com

Jai Whitehead
US
1 review
Dec 27, 2023
Rated 1 out of 5 stars
Scam! Don't do it!
I opened an account and needed to cancel it after I saw they don't have any company information online. You can only email them. I have email several times to try to close my account and no one does it. They only talk about giving you a discount. I removed my payment method and they now send me email about replacing it. I only want to delete my account. I was silly enough to sign up and now I am wise enough to want out.

*See*: https://www.trustpilot.com/review/tomoboost.com

TJ Jackson
US
2 reviews
Dec 4, 2023
Rated 1 out of 5 stars
Do not sign up
Do not sign up. It is hard to have them cancel your membership. Credit

CLASS ACTION COMPLAINT

score does not change. Company is a scam! I have been trying to cancel this service for over a month and they keep sending me emails about a failed payment.

*See*: https://www.trustpilot.com/review/tomoboost.com

Brandon Banker
US
4 reviews
Nov 27, 2023
Rated 1 out of 5 stars
Such a scam
Such a scam, didn't report anything to any bureau. Don't do it, it's hard to get them to cancel your account.

*See*: https://www.trustpilot.com/review/tomoboost.com

Jerae David
US
6 reviews
Nov 20, 2023
Rated 1 out of 5 stars
Do not trust them
Do not trust them. I opened an account but had troubles activating my card so didn't use it much. They emailed me and said they were closing my account. I tried to email them back, to explain my issues, but I never heard back. That was in 2021. I also tried to log into my account and could never login. Every time I tried to login it would say I had incorrect information, but when I tried to reset my password, I would never get the link to my email to reset it. Fast forward to August 2023 and I started getting their emails again and getting charged the monthly fee. I reached out again through email several times and tried to contact them via phone with no results. I ended up having to close my entire bank account to avoid getting charged the same charges over and over again because they don't respond and their customer service is basically nonexistent.

*See*: https://www.trustpilot.com/review/tomoboost.com

CLASS ACTION COMPLAINT

CASE NO.

Lia Li
US
6 reviews
Nov 20, 2023
Rated 1 out of 5 stars
Tried them & regret everything
Tried them. Paid for $34.99 tier for $5k lines reported. They reported lines of $0 balance and $0 limit and to 1 bureau not 3. FALSE ADVERTISING!!! You can't cancel/delete your data on site. They remove all options to do so. This is what how support replied when demanding they remove inaccurate info from my credit report: Me: "Do not close the line. I specifically requested for all inaccurate information to be removed according to federal regulations…If the account is "closed" according to your "warning", this company would be reporting additional inaccurate information. Since I must state the obvious, if this occurs after notice from consumer and acknowledgment from company (email reply) this establishes willful intent/malice…"

TomoBoost (boost at tomocredit dot com) Your request (496235) has been updated. To add additional comments…
Thomas (TomoBoost) Nov 15, 2023, 4:36 PM PST Hi! Thank you for contacting the TomoBoost Support Team. We want to help you build your credit and secure your long-term financial future 🔒 💸 . We want to warn you that there is a high chance your credit score may decrease due to a closed line of credit. Are you sure you wish to continue with your cancellation?

*See*: https://www.trustpilot.com/review/tomoboost.com

Dustin Pierce
US
4 reviews
Oct 28, 2023
Rated 1 out of 5 stars
Signed up with this 2 months ago
Signed up with this 2 months ago, and they are reporting to my credit, but reporting a 0.00 credit line which does nothing positive at all! its impossible to cxl or speak to someone regarding anything! I promise

do not waste you're money! they have a F rating at the better business bureau! complete scam!

*See*: https://www.trustpilot.com/review/tomoboost.com

Review from Elizabeth W
Date: 12/02/2025
1 star
This company is unethical. I closed my account months ago, yet Tomo continues to attempt to charge my credit card. I have contacted them by email multiple times and tried to speak to a person (they have no customer service, only an 800# to leave a message) to put an end to this nightmare. This is a complete scam - Tomo engages in this practice of not canceling accounts upon request, billing, and then sending emails alerting you to the negative credit information they are creating/reporting, so that you will immediately pay. They are preying on a vulnerable population - people who came to them in an effort to rebuild their credit, and then they do this nonsense. Shame on you, Tomo.

*See*:    https://www.bbb.org/us/ca/san-francisco/profile/prepaid-credit-cards/tomocredit-1116-925524/customer-reviews

Review from Shawn M
Date: 09/23/2025
1 star
I asked for my account to be closed and no longer needed the service and they still took out money twice and not refunding my account.
*See*:    https://www.bbb.org/us/ca/san-francisco/profile/prepaid-credit-cards/tomocredit-1116-925524/customer-reviews

Better Business Bureau rates TomoCredit as an F rating:

CASE NO.



*See*:        https://www.bbb.org/us/ca/san-francisco/profile/prepaid-credit-cards/tomocredit-1116-925524

32.    Had TomoCredit disclosed that it was a worthless product and/or that it was difficult and/or impossible to cancel once enrolled, Plaintiff and the Members of the Classes would not have subscribed to TomoBoost.  Several Class Members have said such on an online complaint forum:

Marguerita Hunter
US
1 review
Jan 13, 2025
Rated 1 out of 5 stars
I was about to sign up for Tomoboost…
I was about to sign up for Tomoboost but, thank you for the people who took time to review and submit their reviews of this fraudulent

-34-
CLASS ACTION COMPLAINT

company!

*See*: https://www.trustpilot.com/review/tomoboost.com

Anthony Lewis
US
4 reviews
May 15, 2024
Rated 1 out of 5 stars
These Freaks almost had me to signup…
These Freaks almost had me to signup because I needed a boost to my
credit score, thank you Trustpilot for being a reputible site to discover
these kind of things, ole lord thank you Trustpilot

*See*: https://www.trustpilot.com/review/tomoboost.com

## Plaintiff William Geagley's Experience

33.    Plaintiff signed up for the TomoBoost Premium Journey Plan.

34.    Plaintiff did not see any credit boosting results in the TomoBoost Plan
that he purchased – i.e., the Premium Journey Plan.

35.    Specifically, in or about October 2025, at the time that Plaintiff
interacted with TomoCredit website, TomoCredit did not meaningfully disclose the
following material facts:

(a)    that it would be difficult to cancel the TomoBoost credit building
product and/or service that is an automatic renewal program, continuous service
program, and/or a negative option program.

(b)    That TomoCredit fails to display a "prominently located" displayed
direct link or button entitled "click to cancel," or words to that effect, with the
presentation of the discounted offer, other consumer benefit, or information.

(c)    That TomoCredit obstructs and/or delays the consumer from canceling
or terminating the automatic renewal service, continuous service, and/or negative
option program despite the consumer utilizing a direct link or button to cancel that
has been displayed (albeit not prominently) at the same time as a discounted offer,

retention benefit.

(d)    That TomoCredit would not allow Plaintiff to cancel unless Plaintiff scheduled a call with TomoBoost first – despite having clicked the cancel button.

(e)    The TomoCredit does not provide its customers with the ability to cancel online.

(f)    That TomoCredit does not actually instantly, nor within 30 days, boost users credit scores, i.e., the product and/or service does not actually work to boost credit scores.

36.    There are no clear and conspicuous, meaningful disclosures, or otherwise transparent mention of TomoCredit's arduous cancellation process.  There are no clear and conspicuous, meaningful disclosures, or otherwise transparent mention of a way to cancel online without actually having to place a phone call to terminate and/or cancel the automatic renewal program, continuous service program, and/or negative option program.

37.    TomoCredit induced the Plaintiff and members of the proposed Classes into adhesion contracts, whose terms are procedurally and substantively unconscionable and failed to provide contract terms that are just and reasonable.

38.    Without prospective injunctive relief, TomoCredit could continue these unfair, unlawful, and/or deceptive trade practices.

39.     TomoCredit buried this information in dense text and does not provide clear and conspicuous disclosures as required by law.

40.    The "ANA Accountability - Guidelines for Ethical Business Practice, as developed by Direct Marketing Association, provides guidelines for ethical business practice:

**Accountability & Ethics in Marketing**
**Guidelines for Ethical Business Practice**

These Guidelines for Ethical Business Practice ("Guidelines") are intended to provide individuals and entities involved in data-driven marketing in all media with generally accepted principles of conduct. These Guidelines reflect the marketing industry's long-standing policy of promoting the highest levels of ethics in data stewardship and marketing and ae the result of decades of development by marketers (via the Direct Marketing Association which was acquired by ANA in 2018.)

[…]

In addition to providing general guidance and enforceable standards to the industry, the Guidelines are used by ANA's Committee on Ethical Business Practice Enforcement ("Committee") as the standard to which data and marketing promotions are examined. The Committee is comprised of seasoned marketing professionals who review consumer complaints and seek voluntary compliance with these Guidelines to enhance consumer trust in the marketing process. […]

[…]

Guidelines provide the basis for ethical data and marketing practices and compliance primarily under U.S. standards and expectations. […].

*See*, **Exhibit B**, Guidelines for Ethical Business Practice.

41.     The guidelines include the following with respect to the standard regarding Advance Consent / Negative Option Marketing:

**II. ADVANCE CONSENT/NEGATIVE OPTION MARKETING**

These Guidelines apply to all media and address marketing plans where the consumer gives consent to receive and pay for goods or services in the future on a continuing or periodic basis, unless and until the consumer cancels the plan. The following should apply to all advance consent or negative option marketing plans:

1. Initial Offer

**Consent.** Regardless of channel, marketers should have the consumer's express informed consent to participate in any advance consent or negative option marketing plan before the consumer is billed or charged. For example, a pre-checked box without further action, such as clicking a response button or sending back a response to confirm

CLASS ACTION COMPLAINT

individual consent is not sufficient. In telephone sales where the consumer agrees to the offer in a way other than by credit or debit card payment, the consumer consent must be written or audio recorded.

• Marketers should inform consumers in the initial offer of their right to cancel their participation in the plan and any outstanding fees that may be owed.

• Marketers should inform consumers in the initial offer of the length of any trial period, including a statement that the consumer's account will be charged after the trial period (including the date of the charge) unless the consumer takes an affirmative step to cancel, providing the consumer a reasonable time period to cancel, and the steps needed to avoid charges.

**Material Terms & Conditions.** Regardless of channel, marketers should clearly and conspicuously disclose all material terms and conditions before obtaining the consumer's billing information, including:

• A description of the goods or services being offered;
• The identity of the marketer and contact information for service or cancellation;
• The interval between shipments or services to be provided;
• The price or the range of prices of the goods or services purchased by the consumer, including whether there are any additional charges;
• Whether the consumer will be billed or automatically charged;
• When and how frequently the consumer will be billed or charged;
• Any terms with regards to a "free to keep" incentive as applicable;
• The fact that the consumer must take affirmative action to cancel in order to avoid future billing or charges;
 • The specific and easy steps that consumers should follow to cancel the plan and to stop recurring charges from being placed on the consumer's account; and
• The time period within which the consumer must cancel.

When applicable, the following terms and conditions should also be clearly and conspicuously disclosed in the initial offer:

• That the current plan or renewal prices of the goods or services are subject to change;
• The length of any free, trial or approval period in time or quantity;

CLASS ACTION COMPLAINT

• The length of membership period, and the length of subsequent renewal or billing periods;

• The fact that goods or services will continue after the free period unless the consumer cancels;

• Any minimum purchase obligations; and

• The terms and conditions of any refund policy.

In instances where the marketer uses pre-acquired account information under a free-to-pay conversion plan, the marketer should:

• Obtain from the consumer the complete account number to be charged within the appropriate data security protocols (such as PCI compliance);

• Obtain affirmative consent from the consumer to charge such account; and

• Provide channel specific proof (an email or hard copy confirmation, or if via telephone, audio record the entire transaction).

In instances where the marketer uses pre-acquired account information but does not engage in a free-to-pay conversion plan, the marketer should:

• Identify with specificity the account that will be charged; and

• Obtain affirmative consent from the consumer to charge such account.

2. Providing the Goods & Services to the Consumer

• Marketers may provide products or services and bills concurrently; however, consumers should not be obligated to pay bills prior to the expiration of any trial period.

• Marketers should inform consumers in renewal reminders of their right to cancel their participation in the plan, and any outstanding fees owed.

• Marketers should provide renewal reminders at the frequency specified in the initial offer.

3. Cancellation

• Marketers should promptly honor requests for refunds due upon consumers' cancellation of the plan.

• Marketers should allow consumers a reasonable length of time between receipt of renewal reminders and the renewal date, after which consumers can cancel the plan.

• Marketers should honor the time period they provided for a

CLASS ACTION COMPLAINT

cancellation and should honor a cancellation after the expiration of the trial period.

[…]

All marketing partners or service providers should comply with these Guidelines.

[…]

## XIII. LAWS, CODES, AND REGULATIONS

Marketers should operate in accordance with laws and regulations of the United States Postal Service, the Federal Trade Commission, the Federal Communications Commission, the Federal Reserve Board, and other applicable federal, state, and local laws governing advertising, marketing practices, and the transaction of business.

42.    TomoCredit failed to meet many of the standards as outlined throughout the Complaint.

43.    The Federal Trade Commission (FTC) Act's Section 5 is the primary federal statute that governs the use of ARL provisions. The FTC's guidance on negative option features advises businesses to adhere to five fundamental principles for compliance. *See* **Exhibit C,** *Negative Options – A Report by the staff of the FTC's Division of Enforcement*. The five principles are as follows:

- **Principle One.** Marketers should disclose the material terms of the offer in an understandable manner (See *Id*. at p. 36);

- **Principle Two.** Marketers should make the appearance of disclosures clear and conspicuous (See *Id*. at p. 37);

- **Principle Three**. Marketers should disclose the offer's material terms before consumers pay or incur a financial obligation (*See Id.* at p. 37-38);

- **Principle Four**. Marketers should obtain consumers' affirmative consent to the offer (*See Id*. at p. 38); and

- **Principle Five**. Marketers should not impede the effective operation of promised cancellation procedures (*See Id.*).

CLASS ACTION COMPLAINT

CASE NO.

1

2                           **PLAINTIFF'S EXPERIENCE**

3        44.    Plaintiff William Geagley is a resident of Mountaindale, Sullivan

4   County, New York.

5        45.    On or about October 2025, Plaintiff purchased and subscribed to

6   TomoBoost, a monthly credit-boosting product and/or service offered and operated

7   by Defendant TomoCredit, Inc.

8        46.    Plaintiff purchased TomoBoost for the credit boosting service.

9        47.    TomoBoost is marketed as a credit-building service that purports to

10  improve consumers' credit scores by linking bank accounts and reporting recurring

11  household and utility bill payments to major credit reporting agencies.

12       48.    At the time Plaintiff subscribed, TomoBoost was offered as a recurring

13  monthly subscription costing approximately $20.00 per month, billed automatically

14  on a continuing basis unless cancelled.

15       49.    Plaintiff enrolled in TomoBoost for the purpose of improving his

16  personal credit score and relied on Defendant's representations that the service

17  would provide a meaningful credit-boosting benefit through routine use.

18       50.    Plaintiff used the TomoBoost service for approximately one month.

19  During that time, Plaintiff did not observe any improvement, increase, or measurable

20  change in his credit score attributable to TomoBoost.

21       51.    After determining that his credit score was not improving, Plaintiff

22  decided to cancel the TomoBoost subscription within the first billing cycle to avoid

23  further recurring charges.

24       52.    Plaintiff attempted to cancel his TomoBoost subscription by

25  navigating to the cancellation page through Defendant's website following the steps

26  presented to terminate the service.

27

28

CLASS ACTION COMPLAINT

CASE NO.

53.     Plaintiff's cancellation attempts were unsuccessful. The cancellation link and/or cancellation page malfunctioned, failed to function as represented, and did not confirm or effectuate cancellation of the subscription.

54.     Plaintiff encountered repeated error messages and/or failures when attempting to cancel and was unable to complete the cancellation process through Defendant's online interface.

55.     Plaintiff attempted to cancel his TomoBoost subscription on multiple occasions over several days using the web and/or app interface, but each attempt failed.

56.     Defendant did not provide Plaintiff with a functional, timely, or effective online cancellation mechanism capable of terminating the automatic renewal subscription.

57.     Because Plaintiff was unable to cancel through Defendant's online system, Plaintiff was ultimately forced to take the extraordinary step of changing the payment method linked to his account to an inactive payment card in order to prevent further automatic withdrawals.

58.     As a result of Defendant's obstructive and non-functional cancellation process, Plaintiff was deprived of a simple, cost-effective, and timely means of cancelling his automatic renewal subscription.

59.     Plaintiff was charged for one month of TomoBoost service.

60.     Had Plaintiff known prior to enrollment that the TomoBoost credit-boosting service would not work as represented and would not provide a meaningful or measurable improvement to his credit score, Plaintiff would not have subscribed to TomoBoost or authorized recurring charges.

61.     Had Plaintiff known prior to enrollment that Defendant's cancellation process would be ineffective, obstructive, or non-functional, Plaintiff would not

CLASS ACTION COMPLAINT

have subscribed to TomoBoost or authorized recurring charges.

62.    Defendant did not clearly and conspicuously disclose, prior to Plaintiff's purchase, that cancellation would be difficult, delayed, or require extraordinary steps to stop recurring charges.

63.    Defendant failed to provide Plaintiff with a clear, prominent, and easy-to-use online cancellation method as required for automatic renewal or continuous service programs.

64.    Defendant's cancellation process impeded Plaintiff's ability to terminate the subscription after affirmatively attempting to cancel.

65.    Defendant's automatic renewal and cancellation practices exposed Plaintiff to the risk of continued unauthorized charges without his consent.

66.    Plaintiff suffered financial injury, loss of time, and frustration as a result of Defendant's practices.

67.    Plaintiff reasonably relied on Defendant's representations and omissions regarding the nature of the TomoBoost service and the ability to cancel.

68.    Defendant's conduct formed part of a uniform course of conduct applicable to consumers nationwide who subscribed to TomoBoost.

69.    Plaintiff brings this action on behalf of himself and all others similarly situated to obtain injunctive relief, restitution, and other appropriate relief to prevent Defendant from continuing these practices.

## I.    CLASS ACTION ALLEGATIONS

70.    Plaintiff brings this action individually and on behalf of all others similarly situated.

71.    The first proposed Class is defined as follows:

> All individuals in the United States who paid TomoCredit for a TomoBoost product and did not experience a credit boost within 30 days (the "Credit Builder Class").

CLASS ACTION COMPLAINT

72.    The second proposed Class is defined as:

All individuals in the United States who paid TomoCredit for a TomoBoost product and had difficulty canceling. (the "Cancellation Class").

(Unless otherwise indicated, collectively referred to as the "Classes").

73.    Excluded from the Proposed Classes are TomoCredit, its subsidiaries and affiliates, its officers, directors, the members of their immediate families, and any entity in which TomoCredit has a controlling interest, to include the legal representatives, heirs, successors, or assigns of any such excluded party. Also excluded are the judicial officer(s) to whom this action is assigned, and the members of their immediate families.

74.    Plaintiff and the Proposed Classes' respective claims all derive directly from a single course of conduct by TomoCredit. It engaged in uniform and standardized conduct—its advertising, marketing, sales, administration, and/or cancellation acts and/or practices. This case concerns TomoCredit's responsibility, under law and in equity, for its knowledge and conduct in deceiving its customers. This conduct did not meaningfully differentiate among individual members of the Proposed Classes in its degree of care or candor, its actions or inactions, or in the content of its representations and/or omissions. The objective facts on these subjects are the same for all members of the Proposed Classes.

75.    Plaintiff reserves the right to modify or amend the definitions of the Proposed Classes before the Court determines whether certification is appropriate.

76.    **Numerosity.** The members of the Proposed Classes are so numerous that a joinder of all members is impracticable. While the exact number of Members of the Classes is unknown to Plaintiff at this time, Plaintiff believes the Proposed Classes number in the hundreds or thousands, if not more.

77.   **Typicality.** Plaintiff's claims are typical of the claims of the members of the Proposed Classes because they sustained similar injuries to that of members of the Proposed Classes as a result of TomoCredit's uniform pattern of wrongful conduct, and their legal claims all arise from the same events and wrongful conduct by TomoCredit.

(a)   **Adequacy of Representation.** Plaintiff is adequate representatives of the Proposed Classes because Plaintiff suffered damages as a result of TomoCredit's material omission that that TomoBoost does not work or does not work as quickly as advertised and/or marketed; that it would be difficult to cancel the TomoBoost credit building product and/or service that is an automatic renewal program, continuous service program, and/or a negative option program; that TomoCredit fails to display a "prominently located" displayed direct link or button entitled "click to cancel," or words to that effect, with the presentation of the discounted offer, other consumer benefit, or information; that TomoCredit obstructs and/or delays the consumer from canceling or terminating the automatic renewal service, continuous service, and/or negative option program despite the consumer utilizing a direct link or button to cancel that has been displayed (albeit not prominently) at the same time as a discounted offer, retention benefit; that TomoCredit would not allow Plaintiff to cancel unless Plaintiff scheduled a call with TomoBoost first – despite having clicked the difficult to find cancel button; that TomoCredit does not provide its customers with the ability to cancel online. In addition:

(a)   Plaintiff is committed to the vigorous prosecution of this action individually and on behalf of all others similarly situated and have retained competent counsel experienced in the prosecution of class actions and, in particular, class actions on behalf of individuals and/or entities against companies that have unlawfully assessed one or more fees or charges;

CLASS ACTION COMPLAINT

CASE NO.

(b)    There is no hostility of interest between Plaintiff and the unnamed members of the Proposed Classes;

(c)    Plaintiff anticipates no difficulty in the management of this litigation as a class action; and

(d)    Plaintiff's legal counsel has the financial and legal resources to meet the substantial costs and legal work associated with this type of litigation.

78.    **Commonality.** Common questions of law and fact exist as to all members of the Proposed Classes and predominate over any questions solely affecting individual members of the Proposed Classes, including the following:

(a)  Whether TomoCredit's conduct constitutes unfair, unlawful and/or fraudulent practices;

(b)  Whether TomoCredit was unjustly enriched as a result of its pattern of wrongful conduct;

(c)  Whether TomoCredit engaged in negligent misrepresentation;

(d)  Whether TomoCredit's actions violate the applicable state consumer protection statutes;

(e)  *Expressly excluding any and all damages under California's Consumer Legal Remedies Act ("CLRA") Cal. Civ. Code § 1750*, whether each Member of the Classes is entitled to compensatory, statutory, treble, nominal, and/or punitive damages as a result of Defendants' violations of law;

(f)  Whether Plaintiff and other members of the Proposed Classes sustained damages as a result of TomoCredit's pattern of wrongful conduct;

(g)  Whether any or all applicable limitations periods are tolled by TomoCredit's acts;

(h)  Whether, and to what extent, equitable relief should be imposed on TomoCredit to prevent it from continuing its pattern of wrongful conduct; and

CLASS ACTION COMPLAINT

CASE NO.

(i)   The extent of class-wide injury and the measure of damages for those injuries.

79.   **Ascertainability.** Members of the Proposed Classes can easily be identified by an examination and analysis of the business records maintained by TomoCredit, among other records within its possession, custody, or control.

80.   **Predominance.** The common issues of law and fact identified above predominate over any other questions affecting only individual members of the Proposed Classes. The issues of the Proposed Classes fully predominate over any individual issue because no inquiry into individual conduct is necessary; all that is required is a narrow focus on TomoCredit 's pattern of wrongful conduct.

81.   **Superiority.** A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since a joinder of all members of the Proposed Classes is impracticable. Furthermore, as damages suffered by members of the Proposed Classes may be relatively small, the expense and burden of individual litigation make it impossible for them to individually redress the wrongs done to them. Individualized litigation also presents a potential for inconsistent or contradictory judgments, and increases the delay and expense presented by the complex legal and factual issues of the case to all parties and the court system. By contrast, the class action device presents far fewer management difficulties and provides the benefits of a single adjudication, economy of scale, and comprehensive supervision by a single court.

82.   Accordingly, this class action is properly brought and should be maintained as a class action because questions of law or fact common to members of the Proposed Classes predominate over any questions affecting only individual members, and because a class action is superior to other available methods for fairly and efficiently adjudicating this controversy.

CASE NO.

83.     This class action is also properly brought and should be maintained as a class action because Plaintiff seeks injunctive relief and declaratory relief on behalf on grounds generally applicable to all members of the Proposed Classes.

84.     Certification is appropriate because TomoCredit acted or refused to act in a manner that applies generally to the Proposed Classes, making final declaratory or injunctive relief appropriate.

85.     **Injunctive and Declaratory Relief.** Class certification is also appropriate under Rule 23(b)(2) and (c). TomoCredit, through TomoCredit's uniform conduct, acted or refused to act on grounds generally applicable to the proposed Classes as a whole, making injunctive and declaratory relief appropriate to the proposed Classes as a whole.  Injunctive relief is necessary and proper to compel TomoCredit to cease its violations of the UCL alleged herein and to prevent Plaintiff and Members of the proposed Classes from not being able to cancel the plan.

86.     Likewise, particular issues under Rule 23(c)(4) are appropriate for certification because such claims present only particular, common issues, the resolution of which would advance the disposition of this matter and the parties' interests therein.

**FIRST CAUSE OF ACTION**

**Violation of the California Automatic Renewal Law**

**(Bus. & Prof. Code, § 17600 et seq.)**

**<u>(On Behalf of Plaintiff and the Proposed Classes)</u>**

87.     Plaintiff realleges and incorporates by reference each of the foregoing allegations as if fully set forth herein.

88.     Plaintiff is informed and believe and thereon allege that, during the applicable statute of limitations period, TomoCredit has enrolled consumers, including Plaintiff and proposed Members of the Classes, in an automatic renewal

program and have violated the ARL by, among other things, (a) failing to present automatic renewal offer terms in a clear and conspicuous manner before a subscription or purchasing agreement is fulfilled and in visual proximity, or in the case of an offer conveyed by voice, in temporal proximity, to a request for consent to the offer; (b) charging the consumer's credit card, debit card, or third-party payment account for an automatic renewal without first obtaining the consumer's affirmative consent to an agreement containing clear and conspicuous disclosure of all automatic renewal offer terms; and (c) failing to provide an acknowledgment that includes clear and conspicuous disclosure of all automatic renewal offer terms, the cancellation policy, and information regarding how to cancel in a manner that is capable

of being retained by the consumer and that provides a mechanism for cancellation that is cost-effective, timely, and easy to use, all in violation of § 17602(a) and (b).

89.     Plaintiff has suffered injury in fact and lost money as a result of TomoCredit's violations of ARL.

90.     Pursuant to Bus. & Prof. Code § 17535, Plaintiff and the proposed members of the Classes are entitled to restitution of all amounts that TomoCredit charged to Plaintiff's and Members of the Classes' credit cards, debit cards, or third-party payment accounts in connection with an automatic renewal membership program during the four years preceding the filing of this Complaint and continuing until TomoCredit's statutory violations cease.

91.     Violation of the ARL gives rise to restitution and injunctive relief under the general remedies provision of the False Advertising Law, Bus. & Prof., Code § 17535. (Bus. & Prof. Code, § 17604(a).)

92.     Unless enjoined and restrained by this Court, TomoCredit will continue to commit the violations alleged herein. Pursuant to § 17535, on behalf of

themselves, the proposed members of the Classes, and for the benefit of the general public of the State of California, Plaintiff seeks an injunction prohibiting TomoCredit from continuing their unlawful practices as alleged herein.

## SECOND CAUSE OF ACTION

## VIOLATION OF THE CALIFORNIA UNFAIR COMPETITION LAW

### (Business and Professions Code section 17200, et seq.)

### (On Behalf of Plaintiff and the Proposed Class)

93.    Plaintiff realleges and incorporates by reference each of the foregoing allegations as if fully set forth herein.

94.    Business and Professions Code section 17200 provides:

> "As used in this chapter, unfair competition shall mean and include any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising and any act prohibited by Chapter 1 (commencing with Section 17500) of Part 3 of Division 7 of the Business and Professions Code."

Cal. Bus. & Prof. Code § 17200.

95.    Pursuant to the unfairness prong of the UCL, TomoCredit has a duty not to engage in "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising".

96.    TomoCredit willfully and knowingly engaged in unlawful, unfair or fraudulent business acts or practices and unfair, deceptive, untrue or misleading advertising by: (a) engaging in acts or practices that are unethical; (b) violating established public policy as recognized by the FTC and the Direct Marketing Association; (c) causing harm that outweighs these practices' utility.

97.    TomoCredit's business practices violate the "unfair" prong of California Business & Professions Code §§ 17200, et seq.

98.    TomoCredit's business practices are unfair business practice under the

CLASS ACTION COMPLAINT

UCL because they either offend[] an established public policy or [are]immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers.

99.    TomoCredit's business practices also violate the "unfair" prong of the UCL because it: (5) representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have; (7) Representing that goods or services are of a particular standard, quality, or grade, […] if they are of another;  (9) advertising goods and services with the intent not to sell them as advertised; (14) representing that a transaction confers or involves rights, remedies, or obligations that it does not have or involve, or that are prohibited by law; (19) inserting an unconscionable provision in the contract; and/or Engaging in other acts and/or practices in violation of the CLRA that discovery will uncover.

100.    Additionally, TomoCredit's further violates the "unfair" and/or have violated the "unlawful" prong of the UCL by engaging in one or more of the following practices:

(a)    Violating regulations promulgated by the FTC;

(b)    Negligence Per Se;

(c)    Negligence;

(d)    Fraud;

(e)    Fraud by Omission;

(f)    Unjust Enrichment;

(g)    violation of California and New York law, and/or other statutes and/or common law;

(h)    a violation of other common law claims.

(i)    Violations of the applicable state Consumer Protection Act;

(j)    Violations of the UCL;

(k)    Violations of CLRA;

(l)    Violations of the FAL;

(m)    Violations of the ARL;

(n)    Knowingly and intentionally concealing from Plaintiff and the proposed Classes' material information;

(o)    Engaging in conduct in which the gravity of the harm to the Plaintiff and the proposed Classes outweighs the utility of the TomoCredit's conduct; and/or

(p)    Engaging in acts and/or practices and/or omissions that are immoral, unethical, oppressive, or unscrupulous and causes injury to consumers which outweigh its benefits.

101.    Each and every separate act constitutes an unlawful and/or unfair business practice. Each day that TomoCredit engaged in each separate unlawful act, omission, or practice is a separate and distinct violation of Business and Professions Code 17200.

102.    In addition, TomoCredit's practices violate the "fraudulent" prong of the UCL because TomoCredit's conduct was: (a) intended to cause injury to the Plaintiff; (b) carried on with a high degree of despicable and conscious disregard of the Plaintiff's rights; (c) a clear attempt to use the Plaintiff's need for a boost in credit to hook them into an autorenewal subscription and/or negative option program that they cannot get out of; and (d) wrongfully committed by design in order to increase TomoCredit's own profit, while at the same time taking Plaintiff and the proposed class's money.

103.    Plaintiff has standing to pursue this cause of action as Plaintiff has suffered injury in fact and has lost money or property as a result of TomoCredits' actions as delineated herein.

104.    As a direct and proximate result of TomoCredits' unfair, unlawful, unethical, deceptive, fraudulent, unreasonable, otherwise wrongful, and/or in bad

faith business practices, Plaintiff and the proposed Classes have suffered injury in fact and lost money or property.

105.    In addition, TomoCredit's conduct violates the California Automatic Renewal Law (Bus. & Prof. Code, § 17600 *et seq*. (ARL) and under the unlawful prong of the UCL a violation of another law is treated as unfair competition and is independently actionable.

106.    TomoCredit imposed charges without complying with all applicable requirements of the ARL including without limitation the lack of clear and conspicuous disclosure of certain terms and conditions and affirmative consent by the Plaintiff and the proposed Classes or other provisions of the ARL.

107.    TomoCredit's acts, omissions, nondisclosures, misleading statements as alleged herein were and are false, misleading, and/or are likely to deceive the general public and thus constitute fraudulent business practices in violation of the UCL. These acts, omissions, nondisclosures, and misleading statements were contrary to the provisions of the False Advertising Law, Bus. & Prof. Code, § 17500 and constitute violations of the UCL

108.    The basis for Plaintiff's respective claims emanated from California as one or more decisions regarding TomoCredit's policies and practices occurred at its California headquarters.

109.    As demonstrated by its acts herein, TomoCredit had and has no intention of honoring its conspicuous promises. As such, TomoCredit has violated Business and Professions Code sections 17200, *et seq*., and has engaged in unfair, unlawful, unethical, deceptive, fraudulent, unreasonable, otherwise wrongful, and/or in bad faith business act or practice and/or unfair, deceptive, untrue, or misleading advertising.

110.    Plaintiff and members of the proposed Classes paid for what

TomoCredit represented was a credit boosting service and/or product that boosts your credit 105 points. Defendant failed to disclose that it would be difficult to cancel.

111.   Further, the Plaintiff was and is a party aggrieved and who has suffered injury as a result of TomoCredit's unfair, deceptive, untrue, and/or misleading advertising. Plaintiff has sustained damages as alleged herein.

112.   Pursuant to *Kraus v. Trinity Mgr. Services, Inc.* (2000) 23 Cal.4th 116, 138, restitution of Plaintiff's automatic renewal and/or negative option fees are compelled.

113.   Further, Plaintiff is not required to exhaust all other remedies prior to pursuing the remedies afforded by Business and Professions Code section 17200. Pursuant to Business and Professions Code section 17205, these statutory remedies are cumulative to all other laws of this state.

114.   Plaintiff is informed and believe and, on that basis, alleges that the unfair, unlawful, unethical, deceptive, fraudulent, unreasonable, otherwise wrongful, and/or in bad faith practices alleged above are continuing in nature and are widespread practices engaged in by TomoCredit.

115.   The conduct of TomoCredit, as set forth above, constituted unfair, unlawful, unethical, deceptive, fraudulent, unreasonable, otherwise wrongful, and/or in bad faith business practices as defined by the above-referenced statutes.

116.   Plaintiff prosecutes this action on Plaintiff's own respective behalf, on behalf of the general public, and on behalf of others similarly situated.

117.   Plaintiff is entitled to an injunction preventing TomoCredit from engaging in the widespread conduct alleged herein, to restitution, and for an award of attorney's fees upon prevailing in this request for relief.

## THIRD CAUSE OF ACTION

## NEGLIGENT MISREPRESENTATION
## (On Behalf of Plaintiff and the Proposed Class)

118.    Plaintiff realleges and incorporates by reference each of the foregoing allegations as if fully set forth herein.

119.    TomoCredit's practice of: (a) misrepresenting material facts in selling any good or service with a negative-option feature; (b) failing to disclose material facts prior to obtaining consumer's billing information and charging customers; (c) failing to obtain unambiguous affirmative consent to the negative option feature prior to charging Plaintiff and the proposed Classes for it; and/or (d) failing to provide Plaintiff and the proposed Classes with simple cancellation mechanisms to immediately halt all recurring charges are material facts that influenced the decision of Plaintiff and the proposed Classes to provide payment card information and ask a question on TomoCredit.

120.    TomoCredit's practice of failing to adequately disclose the actual benefits – or lack thereof – of the credit boost product, failure to provide the acknowledgement required by the Automatic Renewal Laws, and/or failure to provide an easy way to stop your card being charged are material facts that influenced the decision of Plaintiff and the proposed Classes to provide payment card information and ask a question on TomoCredit.

121.    TomoCredit enrolled Plaintiff and the proposed Classes in automatic renewal programs and/or continuous service programs and/or negative option programs without: (a) presenting the automatic renewal or continuous service offer in a clear and conspicuous manner before the subscription or purchasing agreement is fulfilled and in visual proximity, or in the case of an offer conveyed by voice, in temporal proximity, to the request for consent to the offer; (b) charging the consumer's credit or debit card or the consumer's third-party payment account for

CLASS ACTION COMPLAINT

an automatic renewal or continuous service without first obtaining the consumer's affirmative consent to an agreement containing clear and conspicuous disclosures of the automatic renewal offer terms or continue service offer terms; and (c) failed to provide an acknowledgment that includes the required clear and conspicuous disclosure of automatic renewal or continuous service offer terms, cancellation policy, information regarding how to cancel, and a toll-free telephone number, electronic mail address, postal address or other mechanism for cancellation.

122.    Additionally, TomoCredit (a) misrepresented and/or omitted material facts in selling any good or service with a negative-option feature; (b) failed to disclose material facts prior to obtaining consumer's billing information and charging customers; (c) failed to obtain unambiguous affirmative consent to the negative option feature prior to charging Plaintiff and the proposed Classes for it; and (d) failed to provide Plaintiff and the proposed Classes with simple cancellation mechanisms to immediately halt all recurring charges.

123.    At the time TomoCredit made the material misrepresentations and/or omissions, TomoCredit knew or should have known that the misrepresentations were false, or TomoCredit made the misrepresentations without knowledge of their truth or veracity.

124.    Plaintiff and the proposed Classes reasonably, justifiably, and detrimentally relied on the misrepresentations and, as a proximate result thereof, suffered damages and could suffer additional damages in the future.

### FOURTH CAUSE OF ACTION

### UNJUST ENRICHMENT

### (On Behalf of Plaintiff and the Proposed Class)

125.    Plaintiff realleges and incorporates by reference each of the foregoing allegations as if fully set forth herein.

126.   Plaintiff, individually and on behalf of the proposed Classes, assert a common law claim for unjust enrichment.

127.   By means of its pattern of wrongful conduct, TomoCredit knowingly assessed fees upon Plaintiff and the proposed Classes that are unfair, unconscionable, and oppressive.

128.   TomoCredit knowingly received and retained wrongful benefits and funds from Plaintiff and the proposed Class. In so doing, TomoCredit acted with conscious disregard for the rights of Plaintiff and the proposed Class.

129.   As a result of TomoCredit's wrongful conduct as alleged herein, TomoCredit has been unjustly enriched at the expense of, and to the detriment of, Plaintiff and the proposed Class.

130.   TomoCredit's unjust enrichment is traceable to, and resulted directly and proximately from, the conduct alleged herein.

131.   Under the common law doctrine of unjust enrichment, it is inequitable for TomoCredit to retain the benefits it received, and/or is still receiving, without justification from the imposition of the automatic renewal fees from members of the Classes who attempted to cancel.

132.   Under the common law doctrine of unjust enrichment, it is inequitable for TomoCredit to retain the benefits it received, and/or is still receiving, without justification from the imposition of fees for a product that does not work or does not work as quickly as advertised.

133.   The financial benefits derived by TomoCredit rightfully belong to Plaintiff and the Proposed Class. TomoCredit should be compelled to disgorge to a common fund for the benefit of Plaintiff and the proposed Classes all wrongful or inequitable proceeds collected by TomoCredit. A constructive trust should be imposed upon all wrongful or inequitable sums received by TomoCredit traceable

to Plaintiff and the proposed Class.

134.   Plaintiff and the proposed Classes have no adequate remedy at law.

135.   Plaintiff and the proposed Classes seek disgorgement of all proceeds, profits, benefits, and/or other compensation obtained by TomoCredit from their improper and unlawful charges, as well as all other appropriate relief permitted by law of unjust enrichment, including reasonable attorneys' fees and costs of suit.

## FIFTH CAUSE OF ACTION

## VIOLATION OF THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT (CAL. CIV. CODE § 1750, *ET SEQ.*)

## (On Behalf of Plaintiff and the Proposed Class)

136.   Plaintiff realleges and incorporates by reference each of the foregoing allegations as if fully set forth herein.

137.   California's Consumers Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1750, *et seq.*, proscribes "unfair methods of competition and unfair or deceptive acts or practices undertaken by any person in a transaction intended to result or which results in the sale or lease of goods or services to any consumer."

138.   TomoCredit's credit building service and/or product pertains to "goods" or "services" within the meaning of Civil Code § 1761(a) and (b).

139.   Plaintiff and the proposed Members of the Classes are "consumers" within the meaning of Civil Code § 1761(d) in that Plaintiff sought or acquired TomoCredit's goods and/or services for personal, family, or household purposes by purchase or lease.

140.   Plaintiff, the other proposed members of the Classes, and TomoCredit are "persons" as defined in Cal. Civ. Code § 1761(c).

141.   The payments by Plaintiff and proposed Classes are "transactions" within the meaning of Civil Code § 1761(e).

142.    TomoCredit has violated Civil Code § 1770, subdivisions (a) by:

• (5) representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have;

• (7) Representing that goods or services are of a particular standard, quality, or grade, […] if they are of another.

• (9) advertising goods and services with the intent not to sell them as advertised;

• (14) representing that a transaction confers or involves rights, remedies, or obligations that it does not have or involve, or that are prohibited by law;

• (19) inserting an unconscionable provision in the contract;

• Engaging in other acts and/or practices in violation of the CLRA that discovery will uncover.

143.    TomoCredit intentionally and knowingly misrepresented and/or omitted material facts regarding the credit building product and/or service with an intent to mislead Plaintiff and proposed members of the Classes.

144.    TomoCredit's actions as described herein were done with conscious disregard of Plaintiff's rights and TomoCredit was wanton and malicious in TomoCredit's concealment of the same.

145.    In purchasing the credit building service or goods, Plaintiff and other proposed members of the Classes were deceived by TomoCredit's failure to meaningfully, adequately, and/or conspicuously disclose the inability to easily cancel and/or the inability to cancel online without scheduling a telephone call.

146.    In purchasing the credit building service or goods, Plaintiff and other proposed members of the Classes were deceived by TomoCredit's failure to meaningfully, adequately, and/or conspicuously disclose that the credit boosting product and/or service does not boost credit in an instant.

147.     Plaintiff and other proposed members of the Classes had no way of (a) knowing TomoCredit's representations were false, misleading, and/or incomplete and/or (b) knowing the true nature of the credit building service product.

148.     As alleged herein, TomoCredit's material omissions and/or deception is likely to – and does – lead to confusion.

149.     Plaintiff and other proposed members of the Classes did not, and could not, unravel TomoCredit's unfairness and/or deception on their own.

150.     TomoCredit knew or should have known their conduct violated the CLRA.

151.     TomoCredit owed Plaintiff and the proposed members of the Classes a duty to disclose the truth about the credit building service and/or product TomoCredit: (a) Possessed exclusive knowledge of the details of the credit building service and/or product; (b) Intentionally failed to conspicuously disclose and/or otherwise meaningfully concealed the foregoing from Plaintiff and the proposed members of the Classes; and/or (c) Made incomplete representations in advertisements and on its website, (i) failing to warn the public of the inability to easily cancel and/or the inability to cancel the credit boosting product and/or service online without scheduling a telephone call; (ii) failing to warn that the credit boosting product and/or service does not actually boost credit as quickly as promised.

152.     TomoCredit had a duty to disclose that the credit building service and/or product did not work as quickly as represented and/or was difficult to cancel, and Plaintiff had to take an affirmative step to stop TomoCredit from continuing to charge Plaintiff.

153.     Plaintiff and the other proposed members of the Classes relied on TomoCredit's material misrepresentations and/or omissions regarding the inability

CLASS ACTION COMPLAINT

CASE NO.

to easily cancel and/or the inability to cancel the credit boosting product and/or service online without scheduling a telephone call; (ii) the fact that the credit boosting product and/or service does not actually instantly boost credit or even during the 30 days that follow.

154.    Specifically, the material misrepresentation and/or omission was a substantial factor in Plaintiff and the proposed Classes' respective decision to enroll and/or subscribe into the service and/or program.

155.    Plaintiff and the proposed Classes were harmed.

156.    Plaintiff's and the proposed Class' harm resulted from TomoCredit's conducted described above.

157.    Plaintiff and the other proposed members of the Classes were injured and suffered ascertainable loss, injury-in-fact, and/or actual damage as a proximate result of TomoCredit's conduct in that Plaintiff and the other proposed members of the Classes incurred charges for a product despite having attempted to cancel.

158.    TomoCredit's violations can cause continuing injuries to Plaintiff and other proposed members of the Classes as Plaintiff and the proposed Members of the Classes could be tricked into purchasing TomoCredit's credit building service and/or product again because TomoCredit uses different websites with different monikers that in the fine print disclose in a non-conspicuous way at the very bottom of the website that the website is powered by TomoCredit.

159.    TomoCredit's unlawful acts and practices complained of herein affect the public interest.

160.    TomoCredit knew of the confusing nature of its marketing materials for its credit building service and/or product.

161.    The facts concealed and/or omitted by TomoCredit from Plaintiff and other proposed members of the Classes and/or not meaningfully and/or

CLASS ACTION COMPLAINT

conspiciously disclosed are material in that a reasonable consumer would have considered them to be important in deciding whether to enroll into the credit building service and/or product.

162.  Had Plaintiff and the other proposed members of the Classes known about the unfair nature of the negative option fee credit building service and/or product, they would not have purchased the credit building service and/or product and/or would have canceled if they could have.

163.  TomoCredit's unfair and/or unlawful acts, practices, representations, omissions, and/or courses of conduct, as described herein, were undertaken by TomoCredit in a transaction intended to result in, and which did result in, the sale or lease of goods or services to consumers.

164.  Pursuant to § 1780(d) of the CLRA, attached hereto as **Exhibit A** is an Venue Affidavit showing that this action has been commenced in the proper forum.

165.  Plaintiff's and the other proposed members' of the Classes injuries were proximately caused by TomoCredit's unlawful and deceptive business practices.

166.  Pursuant to Cal. Civ. Code § 1780(a), Plaintiff seeks an order enjoining TomoCredit from engaging in the methods, acts, or practices alleged herein, including further concealment of material facts related to the ineffectiveness of TomoBoost and/or the inability to easily cancel as describe above.

167.  Pursuant to Cal. Civ. Code § 1782(a)(2), Plaintiff demands judgment against TomoCredit under the CLRA for injunctive and equitable relief to enjoin the practices described herein.

168.  Plaintiff sent a CLRA notice letter to TomoCredit via certified mail, return receipt requested regarding TomoCredit's violations of the CLRA on January 15, 2026. *See*, **Exhibit C**, CLRA Letter with Proof of Mailing Certified Mail, Return Receipt Requested.

169.    Pursuant to Cal. Civ. Code § 1782, if TomoCredit does not rectify its conduct within 30 days of the date of receipt of the letter, Plaintiff intends to amend this Complaint to add claims under the Cal. Civ. Code for actual damages.

170.    Under the CLRA, a plaintiff may, without prior notification file complaint alleging violations of the CLRA that seeks injunctive relief only. Then, if the TomoCredit does not remedy the CLRA violations within 30 days of notification, the plaintiff may amend her or his CLRA causes of action without leave of court to add claims for damages. Plaintiff, individually and on behalf of the proposed class, intends to amend this complaint to add damages claims if TomoCredit does not remedy their respective violations as to Plaintiff and the proposed Members of the Classes within the statutory period.

171.    Plaintiff has no adequate remedy at law for the future unlawful acts, methods, and/or practices as set forth above.

172.    In sending the letter and bringing this action, Plaintiff has engaged the services of attorneys and has incurred reasonable legal fees and expenses in an amount to be proved at trial.

173.    Plaintiff is thus entitled to recover Plaintiff's attorneys' fees, costs, and expenses.

174.    TomoCredit's practices, acts, and/or courses of conduct in connection with the sale of its credit building service and/or product, as described above, are likely to mislead a reasonable consumer acting reasonably under the circumstances to his or her detriment. As a result of TomoCredit's acts and practices as alleged in this Complaint, Plaintiff is entitled to injunctive relief prohibiting TomoCredit from continuing in the future the unlawful, unfair, and/or fraudulent practice as described herein.

175.    Plaintiff reasonably believed and/or depended on the material false

CLASS ACTION COMPLAINT

CASE NO.

and/or misleading information provided by, and/or omitted by, TomoCredit with respect to TomoCredit's unfair acts and deceptive practices.

176.    By reason of the foregoing, TomoCredit's unlawful methods, acts, or practices as described herein have caused damage to Plaintiff, entitling Plaintiff to damages and injunctive relief; Attorneys' fees and costs; and other relief that this Court deems proper.

177.    Plaintiff reserves the right to amend this Complaint and to assert a claim for damages pursuant to Civil Code §1782.

178.    Unless enjoined and restrained by this Court, TomoCredit will continue to commit the violations alleged herein. Pursuant to Civil Code § 1780(a)(2), on behalf of the Classes and general public, Plaintiff seeks an injunction prohibiting TomoCredit from continuing their unlawful practices as alleged herein.

179.    Plaintiff faces a real and immediate threat of repeated harm because he cannot rely on Defendant's representations in the future.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against TomoCredit as follows:

(a)    Certifying the proposed Classes defined above, appointing the Plaintiff as a Class representative of the Classes, and designating undersigned attorneys as Counsel for the Classes;

(b)    Finding that TomoCredit committed the violations of laws alleged herein;

(c)    Determining that TomoCredit was unjustly enriched as a result of its pattern of wrongful conduct;

(d)    ***Expressly excluding any and all damages under California's Consumer Legal Remedies Act ("CLRA") Cal. Civ. Code § 1750***, providing to each Member of the Classes compensatory, statutory, treble, nominal, and/or

CLASS ACTION COMPLAINT
CASE NO.

punitive damages owed to them as a result of Defendants' violations of law;

    (e)    Granting all appropriate relief including injunctive relief on behalf of Plaintiff and the Classes under the applicable state laws;

    (f)    Awarding interest, costs, reasonable attorneys' fees, costs, and/or expenses; and

    (g)    Granting all such other relief as the Court deems appropriate.

## DEMAND FOR TRIAL BY JURY

    Plaintiff demands a trial by jury of any and all issues in this action so triable as of right.

Respectfully Submitted,

DATED: January 15, 2026    By: /s/ Francis J. "Casey" Flynn, Jr.
    Francis J. "Casey" Flynn, Jr. #304712
    casey@lawofficeflynn.com
    **LAW OFFICES OF FRANCIS J.**
    **FLYNN, JR.**
    6057 Metropolitan Plz.
    Los Angeles, CA 90036
    Tele: 314-662-2836

    Joseph Lyon, #351117
    jlyon@thelyonfirm.com
    **THE LYON FIRM**
    9210 Irvine Center Drive, Suite 200
    Irvine, CA 92618
    Tele: 513-381-2333

    **ATTORNEYS FOR PLAINTIFF AND**
    **THE PROPOSED CLASSES**