**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM GEAGLEY, individually and on behalf of all others similarly situated;<br><br>      Plaintiffs,<br><br>vs.<br><br>TOMOCREDIT, INC.,<br><br>      Defendant. | Case No.: 3:26-CV-00435-RFL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TOMOCREDIT INC.'S MOTION TO COMPEL ARBITRATION AND TO STAY THIS ACTION PENDING ARBITRATION**<br><br>Hearing Date: July 14, 2026<br>Time: 10 a.m.<br>Courtroom 15<br>Judge: Hon. Rita F. Lin |

Before the Court is defendant TomoCredit Inc.'s ("TomoCredit") Motion to Compel Arbitration and to Stay this Action Pending Arbitration (the "Motion"). Having considered the Motion, and all briefs, declarations, and documents submitted in connection thereto, and any arguments by the parties, and based on a showing of good cause, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED THAT**:

1. The Complaint (ECF No. 1) and all claims asserted therein, including any challenges to the enforceability, revocability, scope, or validity of the arbitration provision at issue, must be resolved in arbitration; and

2. This action is stayed in its entirety until such arbitration is completed.

DATED: _____, 2026   _____

                The Honorable Rita F. Lin

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY ACTION; Case No.: 3:26-CV-00435