Francis J. "Casey" Flynn, Jr. #304712
casey@lawofficeflynn.com
**LAW OFFICES OF**
**FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plz.
Los Angeles, CA 90036
Tele: 314-662-2836

Joseph Lyon, #351117
jlyon@thelyonfirm.com
**THE LYON FIRM**
9210 Irvine Center Dr., Suite 200
Irvine, CA 92618
Tele: 513-381-2333

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM GEAGLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOMOCREDIT, INC.<br><br>Defendant. | Case No. 3:26-cv-00435-RFL<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO 41(A)(1)(a)(i)** |

COMES NOW, Plaintiff WILLIAM GEAGLEY ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of the voluntary dismissal of this action without prejudice with each party to bear his / its own attorneys' fees and costs. As of the date of this filing, Defendant TomoCredit, Inc.

-1-

NOTICE OF DISMISSAL WITHOUT PREJUDICE WITH EACH PARTY TO BEAR HIS / ITS OWN COSTS PURSUANT TO 41(A)(1)(a)(i)   CASE NO. 3:26-cv-00435-RFL

has not served an answer to the Complaint or a motion for summary judgment, and dismissal is therefore effective upon filing of this Notice without the need for a court order. This dismissal is without prejudice to Plaintiff's right to refile. Each party shall bear its own attorneys' fees and costs.

Respectfully Submitted,

DATED:  June 16, 2026        By:  /s/ Francis J. "Casey" Flynn, Jr.

Francis J. "Casey" Flynn, Jr. #304712
casey@lawofficeflynn.com
**LAW OFFICES OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plz.
Los Angeles, CA 90036
Tele: 314-662-2836

Joseph Lyon, #351117
jlyon@thelyonfirm.com
**THE LYON FIRM**
9210 Irvine Center Drive, Suite 200
Irvine, CA 92618
Tele: 513-381-2333

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2026, a true and correct copy of the foregoing was electronically filed with the ECF/CM Case Management System. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by the system.

Date: June 16, 2026            By:   /s/    Francis J. "Casey" Flynn, Jr.

-2-
NOTICE OF DISMISSAL WITHOUT PREJUDICE WITH EACH PARTY TO BEAR HIS / ITS OWN COSTS PURSUANT TO 41(A)(1)(a)(i)   CASE NO. 3:26-cv-00435-RFL